Herman Emmerman, appellee, v. Benjamin F. J. Odell, appellant. Gen. No. 24,091.

Action upon a contract for the exchange of flat buildings. Set-off by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed December 31, 1918.

Benjamin F. J. Odell, pro se. Edward Drobnis, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Leo DeTroy, appellee, v. Harry Cregar, appellant. Gen. No. 24,098.

Action for conversion of an automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 31, 1918.

Frederick B. Roos, for appellant; Edward H. Morris, of counsel. Frank W. Swett, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Laura H. McKaig et al., plaintiffs in error, v. Ebenezer Appleton et al., defendants in error. Gen. No. 24,012.

Bill to contest a will. Decree sustaining validity of will. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 31, 1918.

William Ritchie and King, Brower & Hurlbut, for plaintiffs in error. Stein, Mayer & Stein, for Mary A. Cornish. Robert F. Pettibone, for defendants in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Beardslee Chandelier Manufacturing Company, assignee of Chicago Chandelier & Bronze Company, appellee, v. T. W. Parsche, appellant. Gen. No. 24,076.

Action to recover balance due for materials and labor. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edward T. Wade, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of fact. Opinion filed December 31, 1918.

Donald L. Morrill, for appellant. Vose & Page, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Orr-Laubenheimer Company, appellant, v. Louisville & Nashville Railroad Company, appellee. Gen. No. 24,086.

Action for damages resulting from delay in shipment of a carload of bananas. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 31, 1918.

Stewart Reed Brown, for appellant. Lee J. Frank, J. M. Hamill and C. P. Hamill, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.